UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SILVESTER PEREZ-AMAYA, | ) | |
| | ) | 1:05-cv-01463-LJO-TAG HC |
| Petitioner, | ) | |
| | ) | ORDER ADOPTING REPORT AND |
| | ) | RECOMMENDATION |
| v. | ) | (Doc. 7) |
| | ) | |
| | ) | ORDER DISMISSING AND DENYING |
| BERNIE ELLIS, | ) | PETITION FOR WRIT OF HABEAS CORPUS |
| | ) | (Doc. 1) |
| Respondent. | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT TO |
| | | ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 1, 2007, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending that, to the extent Petitioner challenges his conviction, the petition for writ of habeas corpus should be dismissed for failure to state grounds that entitle Petitioner to relief under 28 U.S.C. § 2241, and, to the extent that the petition challenges the execution of Petitioner's sentence, the petition should be summarily DENIED on the merits. (Doc. 7). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. To date, none of the parties has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued March 1, 2007 (Doc. 7), is ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1), is DISMISSED and DENIED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   April 17, 2007**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE